UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,

        Plaintiff,

            v.                         CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

        Defendant.
                                    /
IN RE:

SK FOODS, L.P.

        Debtor.
BRADLEY SHARP,                         CIV. NO. S-10-1492 LKK

        Plaintiff,

            v.

SSC FARMS 1, LLC, et al.,

        Defendants.
                                    /
IN RE:

SK FOODS, L.P.                         CIV. NO. S-10-1493 LKK

        Debtor.
                                    /
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1496 LKK
 5          Plaintiff,
 6             v.
 7  CSSS, L.P., et al.,
 8          Defendants.
                                    /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1497 LKK
13          Plaintiff,
14             v.
15  FRED SALYER IRREVOCABLE
    TRUST, et al.,
16
            Defendants.
17                                  /
18  IN RE:
19  SK FOODS, L.P.
20          Debtor.
21  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK
22          Plaintiff,
23             v.
24  SKF AVIATION, LLC., et al.,
25          Defendants.
                                    /
26
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
 5          Plaintiff,
 6              v.
 7  SCOTT SALYER, et al.,
 8          Defendants.
                                       /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1500 LKK
13          Plaintiff,
14              v.
                                                      O R D E R
15  SCOTT SALYER, et al.,
16          Defendants.
                                       /
17
```

18      On July 27, 2010, the court issued an order indicating that
19 it appeared that all issues to be raised in the above-captioned
20 bankruptcy appeals may be resolved during the August 3, 2010
21 hearing on defendant Salyer's motion to enjoin discovery in the
22 bankruptcy proceedings. The court invited parties to the appeals
23 to file objections to the court doing so by noon on August 2, 2010.
24 Counsel for numerous non-debtor entities filed a notice indicating
25 that her clients intend to raise different arguments than Salyer
26 in the appeals. Further, the court notes that the scope of the

1   criminal motion only concerns a motion to stay discovery for Salyer
2   in the bankruptcy proceedings. The appeals are far broader and
3   address a motion to stay the entire adversary proceedings in the
4   bankruptcy court.
5       For the foregoing reasons, the court orders as follows:
6       (1)  The court will not decide the bankruptcy appeals until
7            briefing is complete.
8       (2)  The briefing schedule for the appeals remains unchanged.
9       (3)  Counsel for the non-debtor entities is not required to
10           appear at the August 3, 2010 criminal hearing.
11      IT IS SO ORDERED.
12      DATED:  August 2, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT