```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  IN RE:
11  SK FOODS, L.P.
12           Debtor.
13  BRADLEY D. SHARP,                   CIV. NO. S-10-810 LKK
14           Plaintiff,
15              v.
16  SCOTT SALYER, et al.,
17           Defendants.
                                     /
18  ─────────────────────────────────
19  IN RE:
20  SK FOODS, L.P.
21           Debtor.
22  BRADLEY D. SHARP,                   CIV. NO. S-10-811 LKK
23           Plaintiff,
24              v.
25  SKF AVIATION, LLC, et al.,
26           Defendants.
                                     /
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY D. SHARP,                      CIV. NO. S-10-812 LKK
 5          Plaintiff,
 6              v.
 7  SSC FARMS 1, LLC, et al.,
 8          Defendants.
                                        /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                         CIV. NO. S-10-1492 LKK
13          Plaintiff,
14              v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
                                        /
17  ////
18  ////
    IN RE:
19
    SK FOODS, L.P.                         CIV. NO. S-10-1493 LKK
20
            Debtor.
21                                      /
22  ////
23  ////
24  ////
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1496 LKK
 5          Plaintiff,
 6              v.
 7  CSSS, L.P., et al.,
 8          Defendants.
                                          /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1497 LKK
13          Plaintiff,
14              v.
15  FRED SALYER IRREVOCABLE
    TRUST, et al.,
16
            Defendants.
17                                        /
18  IN RE:
19  SK FOODS, L.P.
20          Debtor.
21  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK
22          Plaintiff,
23              v.
24  SKF AVIATION, LLC., et al.,
25          Defendants.
                                          /
26
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3         Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
 5         Plaintiff,
 6            v.
 7  SCOTT SALYER, et al.,
 8         Defendants.
                                          /
 9  IN RE:
10  SK FOODS, L.P.
11         Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1500 LKK
13         Plaintiff,
14            v.
                                                   O R D E R
15  SCOTT SALYER, et al.,
16         Defendants.
                                          /
17
```

18     Currently before this court are two sets of bankruptcy appeals
19 that this court related to a criminal matter before it, <u>United
20 States of America v. Frederick Scott Salyer</u>, 2:10-cr-00061-LKK-GGH.
21 The first set of appeals bear the following case numbers: (1) 2:10-
22 cv-00810-LKK; (2) 2:10-cv-00811-LKK; and (3) 2:10-cv-00812-LKK. The
23 parties filed identical briefs in each of these cases. The second
24 set of appeals bear the following case numbers: (1) 2:10-cv-01492-
25 LKK; (2) 2:10-cv-01493-LKK; (3) 2:10-cv-01496-LKK; (4) 2:10-cv-
26 01497-LKK; (5) 2:10-cv-01498-LKK; (6) 2:10-cv-01499-LKK; (7) 2:10-

1  cv-01500-LKK. Likewise, the parties filed identical briefs in each
2  of these cases. Briefing is now complete on both sets of appeals.
3       Further, the Bankruptcy Trustee has filed a Motion to Dismiss
4  the second set of bankruptcy appeals and a Motion to Strike a
5  declaration attached to defendants' opening brief in the second set
6  of bankruptcy appeals. These motions are currently set to be heard
7  on September 27, 2010.
8       The court has determined that both sets of appeals and the two
9  motions should be heard together. For the foregoing reasons the
10 court orders as follows:
11      (1)  The above-captioned bankruptcy appeals shall be heard on
12           October 12, 2010 at 10:00 a.m.
13      (2)  The hearings on the motions to dismiss and to strike
14           filed in the second set of bankruptcy appeals are
15           CONTINUED to October 12, 2010 at 10:00 a.m.
16      IT IS SO ORDERED.
17      DATED: September 16, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT